CHARLES F. COGHLAN, Respondent, *v.* JOHN STETSON, Appellant.

(Argued March 22, 1888; decided April 10,, 1888.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city of New York, entered upon an order made January 8, 1886, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*A. J. Dittenhoefer* for appellant.

*Steven H. Olin* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

GEORGE D. TURNER, Respondent, *v.* THE CITY OF NEWBURGH, Appellant.

(Argued March 23, 1888; decided April 10, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 15, 1885, which affirmed a judgment in favor of plaintiff, entered upon a verdict and an order denying a motion for a new trial.

*E. A. Brewster* for appellant.

*M. H. Hirschberg* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.